1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com
   TROY A. CLARK
3  Nevada Bar No. 011361
   tclark@lawhjc.com
4
          **HALL JAFFE & CLAYTON, LLP**
5              7425 PEAK DRIVE
             LAS VEGAS, NEVADA 89128
6               (702) 316-4111
              FAX (702)316-4114
7
   Attorneys for Defendant,
8  *State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUNG NGUYEN,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | CASE NO. 2:18-cv-01017-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14 |

    IT IS HEREBY STIPULATED, by and between the Plaintiff, HUNG NGUYEN, and Defendant,

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, parties hereto, by and through

their respective counsel, Edward M. Bernstein & Associates and Hall Jaffe & Clayton, LLP, for

///

///

///

///

///

///

///

Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 23 day of August, 2018.

HALL JAFFE & CLAYTON, LLP

By: _____
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
TROY A. CLARK
Nevada Bar No. 11361
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant*

DATED this __ day of August, 2018.

EDWARD M. BERNSTEIN & ASSOCIATES

By: _____
David M. Moore, Esq.
Nevada Bar 8580
500 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED with prejudice**, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 23, 2018

2